**The People of the State of Illinois, defendant in error, v. John David Sheridan, Jr., plaintiff in error. Gen. No. 34,873.**

Opinion filed December 2, 1931.
Everett Jennings and W. W. Smith, for plaintiff in error. John A. Swanson, State's Attorney, for defendant in error; Otho S. Fasig, Henry T. Chace, Jr., and Edward E. Wilson, Assistant State's Attorneys, of counsel.
Mr. Justice Friend delivered the opinion of the court.

**Chicago Water Purifying Company, appellee, v. Palmer Flour Company, appellant. Gen. No. 34,901.**

Opinion filed December 2, 1931.
L. A. Sherwin, for appellant. Lowenhaupt & Wolff, for appellee; James R. O'Leary, of counsel.
Mr. Justice Friend delivered the opinion of the court.

**Edward J. Willette, appellee, v. The Chicago, Rock Island and Pacific Railway Company and The Baltimore and Ohio Railroad Company, appellants. Gen. No. 34,929.**

Opinion filed December 2, 1931. Rehearing denied and opinion modified December 22, 1931.
Charles D. Clark, Henry D. Sheean and Daniel Taylor, for appellants. Joseph D. Ryan, for appellee; W. W. Patterson, of counsel.
Mr. Justice Friend delivered the opinion of the court.

**Elmer A. Rich, appellant, v. Edward Levin, trading as North Star Loan Bank, appellee. Gen. No. 34,939.**

Opinion filed December 2, 1931.
J. B. Luse, for appellant. Freundlich & Froehlich, for appellee; Alfred Beck, of counsel.
Mr. Justice Friend delivered the opinion of the court.